# First District Court of Appeal
## State of Florida

_____

No. 1D2023-0460
_____

TYREQ J. ROBINSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Alachua County.
James M. Colaw, Judge.

January 23, 2024

PER CURIAM.

AFFIRMED.

ROWE, NORDBY, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Tyreq J. Robinson, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.